| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| JOSEPH W. COTCHETT, ESQ., Bar #36324<br>COTCHETT, PITRE & MCCARTHY<br>840 MALCOLM ROAD, STE. 200<br>BURLINGAME, CA 94010<br>Telephone No: 650-697-6000          FAX No: 650-697-0577 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>MOSS LANDING/GENERAL | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court For The Northern District Of California | | |
| Plaintiff: SOFIA VITALE, AN INDIVIDUAL; ET AL | | |
| Defendant: VISTRA CORPORATION; ET AL | | |

| PROOF OF SERVICE<br>AMENDED SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:25-CV-02489-EKL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the AMENDED SUMMONS IN A CIVIL ACTION; PROPOSED AMENDED SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT

3. a. Party served:  LG ENERGY SOLUTION, LTD., A SOUTH KOREAN COMPANY C/O CSC LAWYERS

   b. Person served:  JOSH SWINDELL, ASSOCIATE INTAKE COORDINATOR

4. Address where the party was served:  2710 GATEWAY OAKS DRIVE, STE. 150N
   SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Mar. 24, 2026 (2) at: 12:50PM

7. **Person Who Served Papers:**
   a. KEIANNA HOSTETLER
   **b. A & A LEGAL SERVICE, Inc.**
   880 MITTEN ROAD, SUITE 102
   BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:      2025-048
      (iii) County:                Sacramento

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

   Date: **Wed, Mar. 25, 2026**

   (KEIANNA HOSTETLER)

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>AMENDED SUMMONS | | jocot.149845 |
|---|---|---|---|