**GIBSON, DUNN & CRUTCHER LLP\***
Michael Raiff, *pro hac vice*
MRaiff@gibsondunn.com
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3100

Austin Schwing, SBN 211696
ASchwing@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200

*Attorney for Defendants Vistra Corp.; Vistra Corporate Services Company; Dynegy Operating Company; Moss Landing Power Company, LLC; Moss Landing Energy Storage 3, LLC; Luminant Power LLC; and Luminant Power Generation, LLC*

BLAIR V. KITTLE (SBN 336367)
bkittle@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP\***
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

*Counsel for* Kloeppel, Collier, Bright Future Solar Energy, LLC, *and* Martin *Plaintiffs*

J. DAVID NICK (SBN 157687)
**LAW OFFICES OF J. DAVID NICK, APLC\***
1111 E. Tahquitz Canyon Way Suite 115
Palm Springs, CA 92262
Tel: (760) 778-8250
E: jdavidnick@lawyer.com

*Counsel for* Stack View Farms, Inc. *and* Smith *Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP\***
Jeffrey N. Boozell (Bar No. 199507)
jeffboozell@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

*Counsel for Defendants LG Energy Solution Arizona, Inc.; and LG Energy Solution Vertech, Inc.*

\*Additional counsel on signature pages

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| THIS DOCUMENT RELATES TO: | Case No. 5:25-cv-02073-EKL |
|---|---|
| | Case No. 5:25-cv-02489-EKL |
| *Solano v. Vistra Corp.* | Case No. 5:25-cv-02800-EKL |
| *Vitale v. Vistra Corp.* | Case No. 5:25-cv-02951-EKL |
| *Kloeppel v. Vistra Corp.* | Case No. 5:25-cv-04193-EKL |
| *Collier v. Vistra Corp.* | Case No. 5:25-cv-05407-EKL |
| *Stack View Farms, Inc. v. Vistra Corp.* | Case No. 5:25-cv-05485-EKL |
| *Smith v. Vistra Corp.* | Case No. 5:25-cv-05804-EKL |
| *Bright Future Solar Energy, LLC v. Vistra Corp.* | Case No. 5:25-cv-06869-EKL |
| *Martin v. Vistra Corp.* | |
| *Bock v. Vistra Corp.* | **JOINT STATUS REPORT** |
| | Judge Eumi K. Lee |
| | Courtroom 7, 4th Floor |

Gibson, Dunn &
Crutcher LLP

Pursuant to the Court's January 8, 2026 minute order in these related cases (*Solano* Dkt. 104, *Vitale* Dkt. 77, *Kloeppel* Dkt. 67, *Collier* Dkt. 68, *Stack View* Dkt. 46, *Smith* Dkt. 46, *Bright Future* Dkt. 60, *Martin* Dkt. 60, and *Bock* Dkt. 44), the parties submit the following joint status report, broken into the two categories of updates the Court requested:

**Update on Judicial Council Coordination Proceedings ("JCCP"):**  The JCCP petition has been granted and the Honorable Somnath Raj Chatterjee in Alameda County Superior Court has been appointed to oversee the JCCP cases.  The JCCP parties are working with Judge Chatterjee to set an initial schedule for a master complaint, short-form complaints, pleading challenges, and other preliminary matters.  Judge Chatterjee has indicated that he would like to hold initial bellwether trials (with exact plaintiffs and details to be determined) in the fall of 2027.

**Other issues the parties seek to bring to the Court's attention:**  The parties do not seek to bring any issues to the Court's attention for decision at this time.  The parties note that they anticipate future discussions to involve the federal court plaintiffs in discovery taken in the state court JCCP, to avoid duplication of discovery efforts.  The parties will file appropriate papers with the Court if these discussions result in any need for action in these federal matters, potentially including (but not limited to) entry of a protective order.

Gibson, Dunn & Crutcher LLP

Dated: May 6, 2026

Respectfully submitted,

By:   */s/ Pierce H. Stanley*
**COTCHETT, PITRE & McCARTHY, LLP**
Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Blair V. Kittle (SBN 336367)
bkittle@cpmlegal.com
Caroline A. Yuen (SBN 354388)
cyuen@cpmlegal.com
Pierce H. Stanley (SBN 352152)
pstanley@cpmlegal.com
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

**LAW OFFICE OF MOLLY ERICKSON**
Molly E. Erickson (SBN 253198)
erickson@stamplaw.us
PO Box 2448
Monterey, CA 93942-2448
Telephone: (831) 373-1214

*Counsel for* Kloeppel, Collier, Bright Future Solar Energy, LLC, Martin, *and* Bock *Plaintiffs*

Dated: May 6, 2026

By:   */s/ J. David Nick*
J. DAVID NICK (SBN 157687)
**LAW OFFICES OF J. DAVID NICK, APLC**
1111 E. Tahquitz Canyon Way Suite 115
Palm Springs, CA 92262
Tel: (760) 778-8250
E: jdavidnick@lawyer.com

RUSS GOODROW (SBN 248921)
**GOODROW LAW OFFICE**
3463 State Street, #249
Santa Barbara, CA 93105
Tel: (415) 722-7877
E: russ@goodrowlaw.com

*Counsel for* Stack View Farms, Inc. *and* Smith *Plaintiffs*

Gibson, Dunn & Crutcher LLP

3

JOINT STATUS REPORT

Dated: May 6, 2026

By:   */s/ Austin Schwing*
**GIBSON, DUNN & CRUTCHER LLP**
Austin Schwing, SBN 211696
ASchwing@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200

Abbey Hudson, SBN 266885
AHudson@gibsondunn.com
Virginia Somaweera, SBN 318866
VSomaweera@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

Michael Raiff, *pro hac vice*
MRaiff@gibsondunn.com
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3100

*Attorneys for Defendants Vistra Corp.; Vistra
Corporate Services Company; Dynegy Operating
Company; Moss Landing Power Company, LLC;
Moss Landing Energy Storage 3, LLC; Luminant
Power LLC; and Luminant Power Generation,
LLC*

Dated: May 6, 2026

By:   /s/ Jeffrey N. Boozell

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Jeffrey N. Boozell (Bar No. 199507)
jeffboozell@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Eric C. Lyttle(*pro hac vice*)
ericlyttle@quinnemanuel.com
Meghan A. McCaffrey (*pro hac vice*)
meghanmccaffrey@quinnemanuel.com
J. Matthew Hamann (*pro hac vice*)
matthewhamann@quinnemanuel.com
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Melanie Guzman (*pro hac vice*)
melanieguzman@quinnemanuel.com
700 Louisiana Street, Suite 3900
Houston, Texas 77002
Telephone: (713) 221-7000
Facsimile: (713) 221-7100

*Counsel for Defendants LG Energy Solution Arizona, Inc.; and LG Energy Solution Vertech, Inc.*

Gibson, Dunn & Crutcher LLP

JOINT STATUS REPORT

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: May 6, 2026                               By:   /s/ Austin Schwing

Gibson, Dunn & Crutcher LLP

JOINT STATUS REPORT